1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| KATHERINE M. METCALF, | Civil No. C24-5781-SKV |
|---|---|
| Plaintiff, | |
| v. | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, Dkt. 17, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will offer the claimant the opportunity for a hearing; further develop the record as needed; further evaluate the claimant's subjective symptom complaints; further evaluate the medical opinions and prior administrative medical findings; continue through the sequential evaluation process, further evaluating the residual functional capacity, step four, and step five findings, as necessary; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant

/ / /
/ / /
/ / /
/ / /

Page 1    ORDER OF REMAND
         C24-5781-SKV

1 | to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

2 | Dated this 4th day of April, 2025.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge